ACCEPTED
06-15-00085-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 1:02:52 PM
Velva Price
District Clerk
Travis County
D-1-FM-10-003078
Bridget Elliott

## CAUSE NO. D-1-FM-10-003078

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| E.R.C. | § | 200TH JUDICIAL DISTRICT |
| | § | |
| A MINOR CHILD | § | TRAVIS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 4:57:33 PM
DEBBIE AUTREY
Clerk

### RESPONDENT'S FIRST AMENDED NOTICE OF APPEAL

Notice is hereby given that Respondent, Brandi K Stokes, hereinafter referred to as "Appellant," appeals from the Order in Suit to Modify Parent-Child Relationship signed by District Judge Timothy Sulak on December 9, 2015, in its entirety, any subsequent adverse rulings, all adverse interlocutory rulings, all adverse post-trial rulings, and Section 1.3 of the Local Rules of Civil Procedure and Rules of Decorum for the Districts Courts of Travis County ("Travis County Local Rules") effective on June 2, 2014.

### I.     Notice of Appeal

A.     *Identify the trial court and state the case's trial court number and style.*

This is an appeal from the District Court, 200th Judicial District, Travis County; In the Interest of E.R.C., A Minor Child; Cause No. D-1-FM-10-003078.

B.     *State the date of the judgment or order appealed from.*

a. The Order in Suit to Modify Parent-Child Relationship rendered on July 22, 2015, and signed on December 9, 2015, by Judge Timothy Sulak is appealed in its entirety.

b. The Interlocutory Ruling rendered on July 20, 2015, by Judge Timothy Sulak denying Respondent's First Amended Motion to Exclude Evidenced is appealed in its entirety.

c. The following Interlocutory Order rendered on July 17, 2015, by Judge Timothy Sulak and signed on July 17, 2015, is appealed in its entirety: Order Regarding Psychiatric Evaluation Report.

d. The following Interlocutory Order rendered on February 2, 2015, by Judge Leonard Saenz and signed on February 2, 2015, is appealed in its entirety: Order Appointing Guardian Ad Litem.

e. The following Interlocutory Order rendered on February 2, 2015, by Judge Leonard Saenz and signed on February 17, 2015, is appealed in its entirety: Temporary Orders In Suit to Modify Parent-Child Relationship.[1]

---

[1] The written order indicates that the hearing was held on February 5, 2015. That indication is a typographical error. The hearing was held on February 2, 2015.

f.    The following Interlocutory Order rendered on June 1, 2015, by Judge Stephen Yelenosky and signed on June 2, 2015, is appealed in its entirety: Order on Motion for Protective Order.

g.    The following Interlocutory Orders rendered on June 1, 2015, by Judge Stephen Yelenosky and signed on June 3, 2015, are appealed in their entirety: Order on Petitioner's Second Amended Motion for Sanctions and Order on Respondent's Request for DNA Testing.

h.    The following Interlocutory Orders rendered on June 7, 2015, by Judge Stephen Yelenosky and signed on June 3, 2015, are appealed in their entirety: Order on Petitioner's Second Amended Motion for Sanctions and Order on Respondent's Request for DNA Testing.

i.    The following Interlocutory Order rendered on or about November 19, 2015, by Judge James "Jimmy" Carroll and signed on or about November 19, 2015, are appealed in their entirety: Order Denying Motion to Disqualify or Recuse.

j.    The following Interlocutory Orders rendered on December 9, 2015, by Judge Tim Sulak and signed on or about December 9,

2015, is appealed in their entirety: Respondent's First Amended Motion for New Trial.

k. The following Post-Trial Order rendered on December 9, 2015: Motion to Stay Final Judgement Pending Appeal.

l. The following excerpt from Section 1.3 of the Travis County Local Rules is appealed: "Any Judge May Conduct Hearing. The District Clerk will file cases by distributing them equally, on a rotating basis, among the District Courts. However, hearings are assigned to available judges without regard to the court in which the case is filed. For all matters, therefore, the District Court identified in the style of the case does not mean the judge of that court will conduct the hearing. Unless a case is specially assigned to a particular judge, pursuant to these rules, each hearing in a case may be heard by any judge. For non-jury cases on the Short Central Docket, the Court Administrator assigns the hearings to available judges. For all other matters, the judge calling the docket assigns the hearings."[2]

C. *State that the party desires to appeal.*

---

[2] Appellant contends that this provision of the local rules violates the due process clauses of both the US and Texas Constitutions. Additionally, this procedure invites forum shopping and weakens judicial accountability for professional misconduct of court-appointed experts, as no individual District Judge can reasonably be held accountable when a case is mishandled over the course of multiple hearings.

Appellant, Brandi K Stokes, desires to appeal.

D.   *State the court to which the appeal is taken.*

This appeal is being taken to the 6th Court of Appeals, whose mailing address is 100 N. State Line Ave., Ste. 20 Texarkana, Texas 75501.

E.   *State the name of each party filing the notice.*

Brandi K Stokes

F.   *This is not an accelerated appeal.*

G.   *This is not a restricted appeal.*

H.   *An objection to Appellant's Affidavit of Indigency (Inability to Pay Cost) was sustained on August 7, 2015, by Judge Lora Livingston.*

## II.   Additional Notice

At the filing of this Notice of Appeal, the following items of business were outstanding in this case and any adverse rulings or actions on these items are appealed: Respondent's First Amended Request for Findings of Facts and Conclusions of Law has been issued for all appealed rulings and orders.

Respectfully submitted,
Brandi Stokes, P.C.
P.O. Box 301916, Austin, Texas 78703
Tel: (512) 206-0202, Fax: (512) 519-2013

By:__/s/ Brandi K Stokes
   Brandi K Stokes, Respondent

State Bar No. 24044940
*Pro Se* Appellant

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on all entitled persons in accordance with the Texas Rules of Civil Procedure on or before December 9, 2015.

/s/ Brandi K Stokes
Brandi K Stokes